ALICE E. ESCOTT, as Administratrix de Bonis Non of the Estate of ·THOMAS E. KERR, Deceased, Respondent, *v.* NATIONAL SURETY COMPANY, Appellant.

*Escott* v. *National Surety Co.*, 169 App. Div. 911, affirmed.
(Argued November 1, 1916; decided November 21, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 18, 1915, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The

action is to recover on a bond executed by the Empire State Surety Company as surety for William G. Kerr, as administrator of Thomas E. Kerr, deceased, dated 16th day of June, 1911, and a contract of re-insurance between said Empire State Surety Company and defendant, National Surety Company, dated September 18, 1912. It is undisputed that the administrator embezzled large sums of money from the estate; that he was removed by the Erie county surrogate; the plaintiff appointed administratrix *de bonis non* and that the amount of the shortage was duly fixed in proceedings before said surrogate. The question was as to the defendant's liability under the re-insurance agreement.

*Franklin D. L. Stowe* for appellant.

*Hamilton Ward* and *Emil F. Lein* for respondent.

Judgment affirmed, with costs; no opinion.
Concur:. WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and POUND, JJ.